IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THE SCOULAR COMPANY,           )
a Nebraska corporation,        )
                               )
              Plaintiff,       )        8:05CV141
                               )
       v.                      )
                               )
LESTER, A. BELL, and           )        ORDER
JOANELLE D. BELL,              )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on defendants' motion for enlargement of time to designate non-expert witnesses (Filing No. 27). Pursuant to the progression order entered by the Court on July 19, 2005, the disclosure of non-expert witnesses had to be made on or before November 1, 2005. Defendants' motion for enlargement of time was filed on November 1, 2005, seeking an additional sixty days to comply with the progression order. Not only have defendants failed to comply with the progression order, they have failed to make any effort to identify expert or non-expert witnesses which they would expect to call. Accordingly,

IT IS ORDERED that defendants' motion for enlargement of time to designate non-expert witnesses is denied.

DATED this 3rd day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court