IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

THE SCOULAR COMPANY,　　　　　)
a Nebraska corporation,　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　)　　　　8:05CV141
　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　)
　　　　　　　　　　　　　　　)
LESTER, A. BELL, and　　　　　)　　　　ORDER
JOANELLE D. BELL,　　　　　　 )
　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　)
_____)

　　　　This matter is before the Court on plaintiff's motion
to compel (Filing No. 21), supported by an index of evidence in
support of said motion.  The index contains the requests for
admission, the interrogatories, and defendants' responses
thereto.  A review of the responses reflect that defendants have
failed to properly respond to those requests.  For these reasons,

　　　　IT IS ORDERED that plaintiff's motion to compel is
granted; defendants shall have until January 17, 2006, to fully
respond to the requests for admissions and the interrogatories
which have been served upon them.

　　　　DATED this 3rd day of January, 2006.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　United States District Court