IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THE SCOULAR COMPANY,         )
a Nebraska corporation,      )
                             )
          Plaintiff,         )      8:05CV141
                             )
     v.                      )
                             )
LESTER, A. BELL, and         )      ORDER
JOANELLE D. BELL,            )
                             )
          Defendants.        )
_____)
```

This matter is before the Court on the motion to withdraw as counsel for defendants (Filing No. 24) filed by Woodke & Gibbons, P.C.  The Court has reviewed the motion and finds it should be granted.  Accordingly,

IT IS ORDERED that the motion to withdraw as counsel for defendants filed by Woodke & Gibbons is granted.  Said firm is deemed withdrawn as counsel for defendants.

DATED this 3rd day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court