IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE SCOULAR COMPANY,<br>a Nebraska corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 8:05CV141 |
| v. | )<br>) | |
| LESTER A. BELL, and<br>JOANELLE D. BELL, | )<br>)<br>) | ORDER |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for sanctions for failure to comply with court order (Filing No. 33), and for default judgment. The Court notes defendants have failed to respond to discovery requests and failed to appear at the pretrial conference. Accordingly,

IT IS ORDERED:

1) Trial of this matter currently scheduled for February 13, 2006, is cancelled.

2) Hearing on plaintiff's motion for sanctions and for default judgment is scheduled for:

**Monday, February 13, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  Plaintiff may present evidence supporting its motion for default judgment by affidavit.

DATED this 3rd day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court